IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES | CRIMINAL ACTION |
|---|---|
| v. | |
| WENDELL WHITAKER | NO. 14-393 |

## O R D E R

**AND NOW**, this 18th day of December, 2020, upon consideration of *Pro Se* Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (Document No. 48, filed May 14, 2020), *Pro Se* Defendant's Motion for a Judicial Recommendation to the Federal Bureau of Prisons for 12 Months of RRC Placement under 18 U.S.C. § 3624 (Document No. 50, filed June 1, 2020), and Government's Response in Opposition to Defendant's (1) Motion under 28 U.S.C. § 2255, and (2) Motion for Judicial Recommendation of RRC Placement (Document No 54, filed July 14, 2020), for the reasons stated in the Memorandum dated December 18, 2020, **IT IS ORDERED** as follows:

1. *Pro Se* Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is **DISMISSED AND DENIED.**

2. *Pro se* Defendant's Motion for a Judicial Recommendation to the Federal Bureau of Prisons for 12 Months of RRC Placement under 18 U.S.C. § 3624 is **DISMISSED WITHOUT PREJUDICE** to *pro se* defendant's right to file an amended motion closer to the time by which he becomes eligible for placement in a Residential Reentry Center.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

**DuBOIS, JAN E., J.**